# Court of Appeals
# of the State of Georgia

ATLANTA,   March 08, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0866.  BRUNDIDGE v. U. S. BANK, N. A. et al.**

This appeal was docketed on January 26, 2016, such that appellant Helena Brundidge's initial brief was due on February 15, 2016. Court of Appeals Rule 23 (a) (appellant's initial brief "shall be filed within 20 days after the appeal is docketed"). As of March 2, 2016, however, Brundidge had neither filed a brief nor asked for an extension of time to do so. We therefore DISMISS this appeal. Id. (appellant's failure to file an initial brief within 20 days of docketing, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   03/08/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*